COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Karen A. Duddlesten, Kathy L. Young, and Kelly E. Kelsey as
                         Co-Trustees of the Wayne B. Duddlesten Martial Deduction Trust

Appellate case number:   01-18-00561-CV

Trial court case number: 396,993-401

Trial court:             Probate Court No. 3 of Harris County

     Relators, Co-Trustees of the Wayne B. Duddlesten Marital Deduction Trust, have filed a petition for writ of mandamus challenging the trial court's order denying their plea to the jurisdiction.  The Court requests that the real parties in interest respond to the petition for writ of mandamus.  It is ordered that the response of any interested party shall be due no later than 20 days from the date of this order

     It is so ORDERED.


Judge's signature: /s/ Harvey Brown_____
                         Acting individually


Date: June 27, 2018_____